## SPRINGER *v.* MYERS.

APPEAL from the *Cass* Circuit Court.

RAY, J.—The complaint charges the defendant with ob-
structing an alley which had been laid out and dedicated to
public use on the eastern boundary of *Jobtown*, by the orig-
inal proprietors thereof.   The second paragraph of defend-
ants answer alleged that the alley had been vacated by non-
user for more than twenty years.   The demurrer filed to
this paragraph was overruled.   The plaintiff replied, that
if the alley had not been used for twenty years, it was oc-
casioned by the wrongful act of the defendant in refusing

to allow the public to use it. To this a demurrer was sustained. A trial by the court resulted in a finding and judgment for the defendant.

The recorded plat of the town, introduced in evidence by the plaintiff, did not show an alley on the eastern boundary thereof, and there was no evidence showing that there ever was an alley there. It is unimportant whether the demurrers were properly decided, as the finding of the court was correct on the evidence.

The judgment is affirmed, with costs.

*D. P. Jenkins*, for appellant.

*D. D. Pratt* and *D. P. Baldwin*, for appellee.